UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Criminal No. 10-158 (DMC) |
| CULLEN DARBY | : | <u>SCHEDULING AND CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S. Attorney), and defendant Cullen Darby (by John Yauch, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendant shall file any motions no later than June 21, 2010;

IT IS FURTHER ORDERED that any reply to defendant's motions shall be filed no later than July 19, 2010;

IT IS FURTHER ORDERED that argument of any motions filed shall be August 2, 2010;

IT IS FURTHER ORDERED that the trial in this matter is set for August 16, 2010; and

IT IS FURTHER ORDERED that the period from April 25, 2010 through August 16, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the United

States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 6, 2010

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Consented and Agreed to by:

_____
John Yauch, Esq.
Counsel for defendant Darby

_____
Lee Vartan
Assistant U.S. Attorney