

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*Lee Vartan*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*(973) 645-2762*
*Facsimile (973) 645-2857*

November 30, 2010

Honorable Dennis M. Cavanaugh
United States District Judge
United States Post Office and Courthouse
Federal Square
Newark, New Jersey 07101

    Re:  *United States v. Cullen Darby*, Crim. No. 10-158 (DMC)

Dear Judge Cavanaugh:

    The defendant previously filed pre-trial motions in the above-captioned action. The Government's response is due on or before December 6, 2010. Presently, the parties are engaged in plea negotiations and, accordingly, the Government has requested and the defendant has consented to continuing the Government's response date through January 10, 2011.

    Thank you for your attention to this matter.

    Respectfully submitted,

    PAUL J. FISHMAN
    United States Attorney

    By: Lee Vartan
    Assistant United States Attorney

cc:    John Yauch, Esq. (via electronic mail)

12/01/10

SO ORDERED: _____
    DENNIS M. CAVANAUGH, U.S.D.J.