NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CULLEN DARBY | : | **Hon. Dennis M. Cavanaugh** |
| | : | |
| Defendant. | : | **ORDER** |
| | : | |
| | : | Crim. No.10-cr-158(DMC) |
| | : | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

      This matter comes before the Court upon pre-trial motions by Cullen Darby ("Defendant"). After carefully considering the submissions of all parties, and based on the Court's Opinion filed this day, it is the decision of this Court that Defendants' motions pertaining to the suppression of evidence are **denied,** and the Court reserves judgment on Defendant's motions as to Plaintiff's discovery and disclosure obligations on the assumption that the Government will fully comply with its obligations. The Court also reserves judgment concerning the suppression of statements made by Defendant after his arrest pending clarification from the Government as to whether Defendant was properly advised of his *Miranda* rights.

      IT IS on this <u>14th</u> day of March, 2011;

      **ORDERED** Defendant's motion to suppress evidence obtained from two searches, one pursuant to a domestic violence search warrant on February 27, 2009, and the other pursuant to a

federal search warrant on May 21, 2009 is **denied.**

S/ Dennis M. Cavanaugh

Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk |
| cc: | All Counsel of Record |
| | File |