UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. CULLEN DARBY, [10-158]

## PETITION FOR
## WRIT OF HABEAS CORPUS

( x ) Ad Prosequendum     ( ) Ad Testificandum

1. **Cullen Darby, DOB 2/14/42 SBI No. 863606D** (hereinafter the "Detainee") is now confined at the **Northern State Prison.**

2. The Detainee is charged in this District by: (X) Indictment    ( ) Information    ( ) Complaint with a violation of :

18 U.S.C. § 2113(a) (Count 1); 18 U.S.C. § 2113(a) (Count 2); 18 U.S.C. § 922(g)(1) (Count 3)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Newark, New Jersey, at the U.S. Post Office & Courthouse Bldg., Federal Square, before the Honorable Dennis M. Cavanaugh, U.S. District Judge, on Monday, September 12, 2011, at 10:00 a.m., for a Status Conference and pretrial hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 7, 2011

Andre M. Espinosa
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: September 7, 2011

*[signature]*
Hon. Dennis M. Cavanaugh
United States District Judge

---

### WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Northern State Prison:**

WE COMMAND YOU that you have the body of

**CULLEN DARBY**

now confined at the Northern State Prison, brought before the United States District Court, the Honorable Dennis M. Cavanaugh, U.S. District Judge, in the U.S. Post Office & Courthouse Bldg., Federal Square at Newark, New Jersey, on Monday, September 12, 2011, at 10:00 a.m., so that the Detainee may appear for a Status Conference and pretrial hearing.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: September 7, 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: *[signature]*
Deputy Clerk