United States District Court
District of New Jersey

| | | |
|---|---|---|
| United States of America | : | Hon. Dennis M. Cavanugh |
| | : | |
| v. | : | Crim. No. 10-158 |
| | : | |
| Cullen Darby | : | |
| | : | **ORDER** |

This matter having come before the Court on the application of Dennis S. Cleary, Esq., attorney for the defendant Cullen Darby, Inmate # 665013 at Northern State Prison, 168 Frontage Road, Newark, New Jersey, for an order granting permission for defense counsel to bring a personal laptop computer inside the facility to view a DVD with Mr. Darby which is essential to Mr. Darby's case,

**IT IS ORDERED** on this _____ day of April 2012, that defense counsel, Dennis Cleary Esq, shall be granted permission to bring his personal laptop computer inside Northern State Prison and that Mr. Darby be permitted to view the DVD entitled "Llewellyn Edison Bank 91A-NK-117055 1/16/09".

_____
Hon. Dennis M. Cavanugh
United States District Judge